**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KEISHA LONG,

                **Plaintiff,**

        **v.**

SAFEWAY, INC., *et al*,

              **Defendants.**

Civil Action 11-0768 (BJR)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendant United Food and Commercial Workers Union, Local 400's

Motion to Dismiss [Doc. # 3] is **GRANTED**; it is further

**ORDERED** that Defendant Safeway Inc.'s Motion to Dismiss [Doc. # 7] is **GRANTED**;

and it is further

**ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

February 3, 2012

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE